**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In Re: | Case No.: 10-04326 ESL |
| **JULIO ROMERO SERRANO** | Chapter 13 |
| Debtor(s) | |

## MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

 **NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to adjust debtors payment schedule to increase the base of the plan.

 **WHEREFORE,** the Trustee respectfully requests this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

 **In San Juan, Puerto Rico this 19TH day of July of 2010.**

JPC LAW OFFICE

José M Prieto Carballo, Esq.
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo,  Esq.

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                                                Case No. 10-04326-13

ROMERO SERRANO, JULIO                                                 Chapter 13
_____
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____   ☑ AMENDED PLAN DATED: 7/19/2010
  ☐ PRE ☐ POST-CONFIRMATION                Filed by: ☑ Debtor ☐ Trustee ☐ Other

| I. PAYMENT PLAN SCHEDULE | II. DISBURSEMENT SCHEDULE |
|---|---|
| $ 310.00 x 24 = $ 7,440.00 | A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____ |
| $ 325.00 x 36 = $ 11,700.00 | B. SECURED CLAIMS: |
| $ ___ x ___ = $ ___ | ☑ Debtor represents no secured claims. |
| $ ___ x ___ = $ ___ | ☐ Creditors having secured claims will retain their liens and shall be paid as |
| $ ___ x ___ = $ ___ | follows: |
| | 1. ☐ Trustee pays secured ARREARS: |
| TOTAL: $ 19,140.00 | Cr. _____ Cr. _____ Cr. _____ |
| | # _____ # _____ # _____ |
| Additional Payments: | $ _____ $ _____ $ _____ |
| $ _____ to be paid as a LUMP SUM | 2. ☐ Trustee pays IN FULL Secured Claims: |
| within _____ with proceeds to come from: | Cr. _____ Cr. _____ Cr. _____ |
| | # _____ # _____ # _____ |
| ☐ Sale of Property identified as follows: | $ _____ $ _____ $ _____ |
| _____ | 3. ☐ Trustee pays VALUE OF COLLATERAL: |
| _____ | Cr. _____ Cr. _____ Cr. _____ |
| | # _____ # _____ # _____ |
| ☐ Other: | $ _____ $ _____ $ _____ |
| _____ | 4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: |
| _____ | _____ |
| | 5. ☐ Other: |
| Periodic Payments to be made other than, and in | _____ |
| addition to the above: | 6. ☐ Debtor otherwise maintains regular payments directly to: |
| $ _____ x _____ = $ _____ | _____ |
| | C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. |
| PROPOSED BASE: $ 19,140.00 | 11 U.S.C. § 507 and § 1322(a)(2) |
| | D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims. |
| **III. ATTORNEY'S FEES** | 1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____ |
| (Treated as § 507 Priorities) | ☐ Paid 100% / ☐ Other: _____ |
| | Cr. _____ Cr. _____ Cr. _____ |
| Outstanding balance as per Rule 2016(b) Fee | # _____ # _____ # _____ |
| Disclosure Statement: $ 2,724.00 | $ _____ $ _____ $ _____ |
| | 2. Unsecured Claims otherwise receive PRO-RATA disbursements. |

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTOR WILL CONTINUE DIRECT PAYMENT TO DSO RECIPIENT.

Signed: */s/ JULIO ROMERO SERRANO*
    Debtor

_____
    Joint Debtor

Attorney for Debtor Jose Prieto _____   Phone: (787) 607-2066

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-04326-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Mon Jul 19 14:47:35 AST 2010 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | ASUME<br>PO BOX 70376<br>SAN JUAN, PR 00936-8376 |
| CENTENNIAL<br>6302 CONSTITUTION DR<br>FORT WAYNE, IN 46804-1518 | CLARO<br>P O BOX 70367<br>SAN JUAN, PR 00936-8367 | SPRINT<br>P O BOX 660092<br>DALLAS, TX 75266-0092 |
| JOSE M PRIETO CARBALLO<br>JPC LAW OFFICE<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | JULIO ROMERO SERRANO<br>P O BOX 1607<br>SABANA SECA, PR 00952-1607 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)ASUME-JOHANNA ROSARIO AMEZQUITA PO BOX 71 | End of Label Matrix<br>Mailable recipients 9<br>Bypassed recipients 1<br>Total 10 |